IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 95-10921
Summary Calendar

———————————

IMOGENE MARSH,

Plaintiff-Appellant,

versus

ROBERT E. RUBIN, Secretary of the Treasury,

Defendant-Appellee,

and

GARY O. BOOTH; MARTY BERDAN; FRANK WHITTAKER;
DON WHITLOCK; LINDA STEUWE; MARCIE GAITHER,

Defendants.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:92-CV-1836-G
- - - - - - - - - -
July 18, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Imogene Marsh appeals the district court's dismissal,
pursuant to Fed. R. Civ. P. 52(c), of her Title VII complaint.
She argues that she submitted sufficient evidence at trial to

_____

[*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

establish her prima facie case of employment discrimination based

on race and retaliation.  We have reviewed the record and the briefs of the parties and AFFIRM the district court's dismissal for essentially the same reasons set forth by the district court. Marsh v. Brady et al., No. 3:92-CV-1836-G (N.D. Tex. Sep. 25, 1995).  Marsh's motion to have her reply brief filed out of time is GRANTED.

AFFIRMED.